IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO. 5:17-CR- 59-MTT |
| **KYLE CLEMONS** | : | VIOLATION: 18 U.S.C. § 751(a) i/c/w § 4082(a) |

THE GRAND JURY CHARGES:

COUNT ONE
[Escape – 18 U.S.C. § 751(a) i/c/w § 4082(a)]

That on or about October 11, 2017, in the Macon Division of the Middle District of Georgia, the defendant,

KYLE CLEMONS,

knowingly escaped from an institution and facility in which he was confined by direction of the Attorney General following conviction of an offense, that is, having been convicted of a federal criminal offense and being confined at the Federal Correctional Complex (FCC) in Terra Haute, Indiana, defendant failed to report to Dismas House Charities Inc., in Macon, Georgia no later than 6:55 a.m. on October 11, 2017, as he had been directed to do in relation to a furlough transfer from the FCC to Dismas House Charities, in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

Presented by:

G.F. PETERMAN, III
UNITED STATES ATTORNEY

*[signature]*
PAUL C. McCOMMON III
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 16 day of November, 2017.

*[signature]*
Deputy Clerk